# United States Court of Appeals for the Federal Circuit

———————————

June 29, 2015

**ERRATA**

———————————

Appeal No. 2014-1744

**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, UNITED STATES STEEL CORPORATION,**
*Defendants- Appellees*

Decided: June 24, 2015
Nonprecedential Opinion

———————————

Please make the following change:

Page 2, line 1, add "Douglas Glenn Edelschick".